DAVID A. ROSENFELD, Bar No. 058163
CAREN P. SENCER, Bar No. 233488
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Defendants
GENERAL TEAMSTERS LOCAL 439 and
SAMUEL J. ROSAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA SALCIDO | No.   2:09-cv-02799-MCE-KJM |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| GENERAL TEAMSTERS LOCAL 439; SAMUEL J. ROSAS; and DOES 1-30, inclusive, | |
| Defendants. | |

On October 13, 2010, this Court ordered Plaintiff to show cause as to why the matter should not be dismissed for failure to prosecute and for failure to comply with applicable local rules. Plaintiff was given until October 28, 2010 to provide any response. No response was provided.

A hearing on the Order to Show Cause was held November 4, 2010. Plaintiff did not appear and the Court indicated on the record that this matter should therefore be dismissed. Consequently, the instant case is dismissed, with prejudice. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: November 12, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001